IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| VS. | 4:06cr382 GH | |
| LUIS RAMON SALAS-MAYORGA | | DEFENDANT(S) |

### ORDER

The Defendant in the above-styled case is not well-versed in the English language and is unable to understand and comprehend the proceedings being conducted. The Court therefore directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure, to enable the Defendant to communicate with and comprehend the presiding judicial officers and other parties at any and all proceedings conducted in Court.

IT IS ORDERED that Ms. Aurora H. deArmas or designated representative at Arkansas Spanish Interpreters, 100 N. Rodney Parham Rd., Little Rock, Arkansas 72205, be appointed as a language skilled or certified interpreter to assist the Defendants, counsel, and the Court at any and all court proceedings in this case.

IT IS SO ORDERED this 21st day of November 2006.

_____
U.S. Magistrate Judge